# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00084-CV

**Darius L. Heads, Appellant**

**v.**

**Brittney McDade, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY, NO. 13-3062-FC4, THE HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## MEMORANDUM OPINION

Appellant Darius L. Heads seeks to appeal the trial court's order adjudicating him in contempt for failure to pay court-ordered child support and ordering him committed to county jail. Contempt orders are reviewable only by original proceedings—by petition for writ of habeas corpus, if the person in contempt is confined, or by petition for writ of mandamus, if no confinement is involved. *In re Office of Att'y Gen. of Tex.*, 215 S.W.3d 913, 915 (Tex. App.—Fort Worth 2007, orig. proceeding); *Sheridan v. Office of the Att'y Gen.*, No. 03-14-00176-CV, 2014 Tex. App. LEXIS 12370, at *1 (Tex. App.—Austin Nov. 12, 2014, no pet.) (mem. op.). This Court does not have jurisdiction to review contempt orders on direct appeal. *Texas Animal Health Comm'n v. Nunley*, 647 S.W.2d 951, 952 (Tex. 1983); *see Hopkins v. Ott*, No. 03-15-00606-CV, 2016 Tex. App. LEXIS 4556, at *1 (Tex. App.—Austin Apr. 29, 2016, no pet.) (mem. op.). Consequently, we dismiss this appeal for want of jurisdiction.

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed for Want of Jurisdiction

Filed:   May 9, 2019